UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREST LABORATORIES, INC. DERIVATIVE LITIGATION | Lead Civil Action No. 05-CV-3489 |
| This Document Relates To:<br><br>ALL ACTIONS. | |

### DECLARATION OF SETH D. RIGRODSKY REGARDING POSTING OF NOTICE

I, Seth D. Rigrodsky, declare as follows:

1. I am a shareholder of Rigrodsky & Long, P.A. This firm is counsel of record for plaintiff in the coordinated state court action captioned *Wandel v. Solomon, et al.*, Index No. 09/601154 (N.Y. Sup. Ct., County of New York).

2. In accordance with the Order Preliminarily Approving Derivative Settlement and Providing for Notice dated August 8, 2011, I caused true and correct copies of the Notice and the Stipulation of Settlement to be posted on August 23, 2011, on the website of Rigrodsky & Long, P.A. where the documents remain accessible today.

3. The Notice and Stipulation of Settlement are available through the following hyperlink: http://www.rigrodskylong.com/news/ForestLabsDerivativeSettlement

I declare under penalty of perjury under the laws of the state of New York that the foregoing is true and correct.

Executed this 20th day of January, 2012 at Wilmington, Delaware.

_____
SETH D. RIGRODSKY